**REGENCY CONSTRUCTION, INC., Appellant**

v.

**DEPARTMENT OF AGRICULTURE, Appellee**

**2016-2600**

United States Court of Appeals, Federal Circuit.

December 13, 2017

MATTHEW WAYNE WILLIS, Ashley Ashley & Arnold, Dyersburg, TN, argued for appellant. Also represented by SAMMIE LEO ARNOLD.

VITO SALVATORE SOLITRO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

(Prost, Chief Judge, Moore and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**